NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

**MIDDLETON, INC.,**
*Plaintiff-Appellant,*

**v.**

**MINNESOTA MINING AND MANUFACTURING COMPANY,**
**(also known as 3M Company)**
*Defendant-Appellee.*

―――――――――――

2012-1283

―――――――――――

Appeal from the United States District Court for the Southern District of Iowa in No. 03-CV-40493, Judge Mark W. Bennett.

―――――――――――

**JUDGMENT**

―――――――――――

GEORGE C. SUMMERFIELD, JR., Stadheim & Grear Ltd., of Chicago, Illinois, agued for the plaintiff-appellant. With him on the brief were JOSEPH A. GREAR and KEITH A. VOGT.

DAVID J.F. GROSS, of Faegre Baker Daniels LLP, of Minneapolis, Minnesota, argued for defendant-appellee. With him on the brief were JAMES W. PORADEK, TIMOTHY E. GRIMSRUD, CHRISTOPHER J. BURRELL and KATHERINE S. RAZAVI.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LOURIE and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 21, 2013        /s/ Jan Horbaly
Date                    Jan Horbaly
                         Clerk